IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIQ ANTONIO MILES, | § | |
| TDCJ-CID NO.1004098, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-2831 |
| | § | |
| DAVID F. MURRA, *et al.*, | § | |
|     Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's Opinion on Dismissal, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on February 23, 2006/

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE